## FIRST DEPARTMENT, JANUARY, 1956

### (January 10, 1956)

■ In the Matter of MORRIS BERLER, an Attorney.— Motion for reinstatement granted. Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ.

■ WILLIAM F. CHATLOS, Appellant, v. LONG ISLAND LIGHTING COMPANY et al., Respondents.— Motion to dismiss appeal granted. Concur — Botein, J. P., Cox, Frank and Bergan, JJ.

### (January 12, 1956)

■ JULIUS SCHMID, INC., Respondent, v. NATHAN BERNER et al., Defendants, and BERNER'S PHARMACY, INC., Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ In the Matter of THOMAS J. KING, Appellant. RICHARD VAN PATTEN et al., Respondents.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ RUDOLPH J. REIMAN, Respondent, v. WALTER VON FELDAU, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ In the Matter of BLANCHE WILNER, Respondent, against JOSEPH WILNER, Appellant.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

### (January 17, 1956)

■ CLARA FEINGOLD, Respondent, v. CITY OF NEW YORK, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, the motion granted, and judgment is directed to be entered in favor of the defendant dismissing the complaint herein, with costs. The reasons given for failure to prosecute this action are inadequate. Moreover there is absent any affidavit by plaintiff as to the merits of her cause of action. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ JARASLAVA MILLER, Respondent, v. HENRY MILLER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ BERNARD R. LIEBERMAN, Respondent, v. GERASSIMOS CRASSAS, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ NATIONAL CITY BANK OF NEW YORK et al., as Trustees under the Will of GEORGE H. NORMAN, Deceased, Respondents, v. EDITH H. BEEBE, Individually and as Executrix of and Trustee under the Will of MABEL N. CERIO, Deceased, et al., Respondents, and WILLIAM W. PRINCE et al., as Appointees and Trustees under the Will of ABBIE N. PRINCE, Deceased, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.